720 A.2d 133

James J. McCAGUE and Carol McCague, Individually and as Parents and Natural Guardians of Ned J. McCague and Elizabeth G. McCague, Minors and James J. McCague and Carol McCague in their own right, Petitioners,

v.

Toby M. FROEHLICH, trading and doing business as Coldwell Banker Froehlich Realtors, Keith V. Woods and Dorothy E. Woods, and Roger A. Woods and Judith A. Woods, Respondents.

Supreme Court of Pennsylvania.

Nov. 30, 1998.

## *ORDER*

PER CURIAM:

**AND NOW**, this 30th day of November, 1998, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is hereby REVERSED. The case is remanded to the Superior Court for further consideration in light of *Jacobs v. Halloran*, 551 Pa. 350, 710 A.2d 1098 (Pa.1998), and *Marino v. Hackman*, 551 Pa. 369, 710 A.2d 1108 (1998). Also, the Petition to File Supplemental Petition for Allowance of Appeal is DENIED.

Jurisdiction is relinquished.